**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_herby Stracco_
_____
Plaintiff

vs.                                   Case Number 2025 -CAB- 000310

_Dr. Elizabeth Trimbal Et Al_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_herby Stracco_
_____
Name of Plaintiff / Attorney

_1410 1460 N Highview ln_          Clerk of the Court
_____
Address                           By _____

_Alexandria, VA 22311_

_650 208 1526_                     Date _____
_____
Telephone

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오     የትርጉም እርዳታ ለማግኘት (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Ven al dorso la traducción al español



Civil Division
JAN 2 3 2025
US Attorney's Office DC

CV-3110 [Rev. June 2017]                    Supu. Ct. Civ. R. 4





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

contra

                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) dias contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes ó entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                          Por: _____
_____
Dirección                                        Subsecretario

_____
                                          Fecha: _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso del original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

FILED
CIVIL DIVISION
JAN 18 2025
Superior Court of the
District of Columbia

Case No. 2025-CAB-000510

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| Kerby Alexandria Bianca Stracco | vs | Dr. Elizabeth Trimble |
| PLAINTIFF | | DEFENDANT |
| 1460 N Highview Ln | | 950 Pennsylvania Ave NW |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Alexandria   VA   22311 | | Washington   DC   20530 |
| City    State    Zip Code | | City    State    Zip Code |
| 650-208-1526 | | 202-745-8000 |
| Telephone Number | | Telephone Number |
| Kerby.Stracco@gmail.com | | USADC.ServiceCivil@usdoj.gov |
| Email Address (optional) | | Email Address (optional) |

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

    Dr. Elizabeth Trimble is the Chief of Community Care at the Washington DC Veterans Affairs Hospital.

    On or around Mid 2024 I began to experience significant issues with employees in her department that caused my health to decline.

    One of her employees sent my medical records to an mental health facility that wasn't adequately equipped to treat patients with severe combat PTSD

    I did not provide these employees permission to send these medical records. I made complaints and her employees lied on me and said I gave them authorization.

    However, those same employees also stated they could not reach me. If they could not reach me how could I have given them permission?

    Now my personal records are in the hands of a facility and my medical information is not safe. I reached out to Dr. Trimball,,

    However she never responded. Other employees also asked for her (cont on part three)

2.  What relief are you requesting from the Court? Include any request for money damages.

    I am asking the courts for assistance with instructing Veterans Affairs to protect patients from poor quality care, and hold community care

    Accountable for their failures in assuring best practices regarding referrals, and quality of service. I am asking for $1 million dollars in relief due to the persistent failure of

    Her employees not making sure they are providing my referrals in a timely manner, nor are they truthfully documenting encounters which is causing , a decline

    In my physical and mental health, as I am experiencing increasing suicidal ideations due to Veterans Affairs systemic failures and medical treatment.

3.  State any other information, of which the Court should be aware:

To contact me and she would not. Due to her inaction and her inability and Willingness to advocate for best practices I continue to experience bullying

And poor patient care from her employees. Just recently I experienced a delay in care due to inaction of an employee who did not follow up

On a Neuro ophthalmology consult. I am experiencing eye pain and migraines due to my Post Concussive Disorder. On or around Dec 20

I was told it was complete and sent off to be signed. As of today there has been no contact from her employee's and they added notes in my medical records

Unbeknownst to me that delayed care. Also, recently her employees lied and said I had a procedure done, and administratively

Closed a consult. Due to this issue, it has caused a delay in my care, and no one has followed up. I need the procedure. I did not get it completed because I had

**An emergency C Section and experienced increasing PTSD symptoms (continued on other page)**

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

*18 Jan 2025*

**DATE**

Subscribed and sworn to before me this _____ 18th _____ day of _____

2

As well as other mental health and neurological issues.

Also on around December 2024, one of her employees Theresa Fields slandered me and used defamatory language in the presence of another employee and myself. Ms. Fields incorrectly submitted an authorization for my husband who is very ill. And on the day of the appointment, it caused a delay in care and injury to myself and my Husband. Ms. Fields called me a liar. She stated that everyone knows me to lie, and change my story. She also said that if I continued to yell or show increasing frustration, she could cancel all my consults and not allow treatment for myself my husband.

The other employee stood up for me and told Ms. Fields, that she was wrong and she told her that I was going through a lot. Ms. Fields continued to speak badly of me, and the employee got off the phone to file a complaint.

I have since continued to experience lack of continuity of care due to all of these issues which has been compounded by my poor medical condition and treatment of Veterans Affairs.

I have five children, and I take care of my husband. I do not know what I did to deserve any of this treatment. Had Dr. Trimble intervened earlier I and other patients would not have consults canceled and more. Also, each time I have asked for consults outside of the facility, I get told they may not be approved by community care. Even after I explain that I don't feel safe because I was threatened by a male patient...I still have to over explain and the situation, and at times it still causes major issues for me and more trauma.

Dr. Trimble is a doctor. She should know that delays in care, an improper implementation of community care causes poor health outcomes. I am alive yes. Because I owe it to my children and my husband to fight. This has exponentially increased my anxiety, sleep, paranoia and I am having a hard time not obsessing over what it would be like if I didn't wake up. I am so weary. I only needed her to help me. She was notified as I filed multiple complaints and other employees reached out to her on my behalf.

Please help me. I am fighting this big hospital and they seem to be eating me alive.



**Sent**

17 Apr 2024 @ 2150 ET

**From**

STRACCO, KERBY ALEXANDRIA

**To**

** FRIEDRICHS R Primary Care Washington

**Message ID**

5532621255

**Subject**

General: Community Care

**Message**

> Greetings Dr. Friedrichs,
> I hope this email finds you and yours well. We haven't seen each other in a very long time and our appointment was supposed to be rescheduled. A series of very unfortunate events has happened with the DC VA and my trust is irrevocably broken. I am trying to move the majority of my care outside of the DC VA.
>
> I am wondering if you can place an outside consult for a primary care provider for me please. I am due to for a physical amongst other things but coming to the DC VA would cause further emotional and mental anguish for me. I am sorry if this offends you. But I do need an outside provider. I appreciate you. Regards.

 **This message may not be from the person you initially contacted.**

It may have been reassigned in order to efficiently address your question.



**Sent**

09 May 2024 @ 1930 ET

**From**

STRACCO, KERBY ALEXANDRIA

**To**

Community Care Washington _ ADM

**Message ID**

5612369847

**Subject**

General: Mismanagement of Referrals

**Message**

Good evening,
I recognize you all have a lot of patients and
referrals to Attend to but that shouldn't affect
the way the referrals are handled.

First a person named Margarita Hazel sent a
letter lying on me. She said she tried to reach
me. That's a lie. She didn't. She also sent my
information to a mental health establishment
that doesn't even have psychologists, nor do
they handle medication management. The
establishment called me about two weeks
ago. I told them they are shady and not to call
me again.

I've been through too Much with my care. I
don't need lies and I don't need my records
being sent without my consent. I also
recognize VISN 5 holds nobody accountable.

Secondly Rhonda Green called my phone
about a primary care consult and when I
wanted more choices she wanted me to make
a decision on the spot. I couldn't I was taking
care of my sick children buying their
medicines. I asked her for more choices and
she wanted me to go look myself on a dead
link that doesn't work.

I know Washington DC VA patient care has
become more and more non existent but we
are human beings. I have five children whom I
homeschool due to my husband Being sick. I

am the only person who can take care of me.

I am sick of tired of not only being treated like trash by the medical team. I am also sick of the community care offices and their lack of understanding with the populations they deal with.

I have been through ALOT and I've served a country and almost died for a country that continues to treat us like we are a nuisance when we ask to be treated with respect.

It's called collaborative care for a reason. My records are now in the hands of some shady company and I didn't consent to my records being sent.

Also...with mental health it takes a while to find quality mental health providers in the area who even take VACCN. My entire household was sick. I needed time. Please stop lying saying that neither one of you could get in contact with me. Please.

We matter. Treat us like we matter. I have been through actual trauma. I don't need anyone else adding to it. So pass me on to someone else who can fully understand me and please stay out of my medical records and stop mailing me things to cover yourselves.

**ℹ This message may not be from the person you initially contacted.**

It may have been reassigned in order to efficiently address your question.



**Sent**

15 May 2024 @ 1359 ET

**From**

STRACCO, KERBY ALEXANDRIA

**To**

Community Care Washington _ ADM

**Message ID**

5631289453

**Subject**

Appointment: Appointment Inquiry

**Message**

If you all were able to obtain my preferences why weren't any of them in my referral? Secondly, if a call cannot be confirmed, secure message is a viable option. Mail service should never be used as a reliable source of communication. I said I did not talk to anyone regarding mental health preferences other than Kim Cato. I am very responsive. You all are in my chart Lying and for what? And the accountability is also missing here.

None of these practices were anything I choose. None. Nobody spoke to me. But Kim Cato.

Also missing here the main point. Why were my medical records sent to a place with no psychologists or psychiatrists? I stated that I spoke to them and verified they don't have either. So what is it that's not being understood? I'm not misunderstanding anything. You all are doing wrong and gaslighting me.

Again. As I've stated. I have spoken to no one other than Kim Cato. How can Kim Cato reach me but no one else can? I don't know her just like I don't know you all. But I was responsive.

My records were sent to a shady operation and you didn't verify a thing! I didn't CHOOSE them. You all choose them for me. I don't want anymore responses from you all. I've

been through hell. And I need to take care of
of my family who means more to me than
anything. Period.

My medical records were sent to a place
without my permission. So if you didn't talk to
me whose authorization did you get to send
my personal medical records. I'll wait.

Everyone is playing obtuse and I don't being
played with. I am a human being. Nobody is
taking accountability and instead is trying to
make it seem like I am misunderstanding
something. It's insulting.

I understand very well. You all were wrong.
Period.

The DC VA has a commitment to not taking
accountability.

🛈 **This message may not
be from the person
you initially
contacted.**

It may have been reassigned in
order to efficiently address
your question.

## Message Thread

There are 1 messages in this thread.

Appointment : Appointment        15 May 2024 @
Inquiry -- **PARKER, MONICA**      1314 ET
**NICOLE**
To: **STRACCO, KERBY ALEXANDRIA**
Dear veteran Stracco,


I want to express my gratitude for your service to
our country. Your well-being is of utmost
importance to us, and I understand the importance
of timely and efficient scheduling when it comes to
your healthcare needs. I also wanted to address the
concerns you've raised regarding the scheduling
process. I completely understand your frustrations,
and please know that we are here to assist you

every step of the way.

Your chart notes that a call and a letter was sent on 4/4/24 and then again on 4/25/24 we were able to obtain your preferences. I understand that receiving a standardized letter can be impersonal, and I apologize for any confusion it may have caused. Your feedback is valuable, and we will work to ensure better communication in the future. Once preferences are noted that allows for Community care to start the process of trying to locate a provider, unless otherwise noted. However, I understand there might have been some misunderstanding regarding your provider preferences and/or the community care process. You have a choice of looking for a provider on your own and letter us know what you decide. Please know the provider must be in network with Optum. I have also listed 4 providers for you to look at, let me know if you decide on any. Your preliminary authorization was sent to Interdynamics, which offers both psychotherapy and psychiatry services, so that can possibly still be an option. I've also made sure that the contact person for your primary care consult has been notified, so you should hear from them soon. If you do not hear from anyone, feel free to call our main number at 202-745-8000 Ext. 58880

I have attached your preliminary authorization. Please feel free to reach out to me directly if you have any further questions or concerns. Thank you once again for your service, and I look forward to hearing from you soon.

1.
LIFESTANCE HEALTH CCA-NPI 1851345805
7051 Heathcote Village Way
Gainesville VA 20155
VA-Intake VA-Intake@lifestance.com
(P)804-207-6737
Testing, family, couples,
Medication management, F2F, multiple locations
PSYCHOLOGY and psychiatric
lifestance.com

2.
GOT YOUR SIX COUNSELING SERVICES PLLC ROCK,
17932 FRALEY BLVD STE
Dumfries, VA 22026
P: 571-636-1800
F: 571-636-1900
Christine Rock 1891248357-
christinia@gotyoursixcounseling.net
admin@gotyoursixcounseling.net
They set up appt within 24-72
F2F, virtual, Med management, therapy

Access to HSRM
gotyoursixcounseling.net

3.
Interdynamics Inc
8181 Professional Pl Ste 200
Hyattsville MD 20785
P: 301-306-4590
F: 301-880-0054
NPI: 1154767697
Med management must do therapy with provider
also.
interdynamicsinc.com
frontdesk@interdynamicsinc.com


4. Skytherapy
Phone: (504) 344-6208
Fax 804-232-0369
va.missionact@skytherapist.com
skytherapist.com
Multiple locations, med management, therapy

5.
va.gov/find-locations
Once on the website you can enter your city, state
and postal code.
Facility Type: Community provider(in VA network)
Service type: Counselor Mental health


Warm regards,
Monica Parker
Lead Medical Support Assistant
Care in the Community
DC VA Medical Center
50 Irving Street NW
Washington D.C. 20422
Phone: 202-745-8000 Ext. 54628
Email: Monica.Parker@va.gov
Web: www.va.gov/communitycare



**Sent**

16 Dec 2024 @ 1531 ET

**From**

STRACCO, KERBY ALEXANDRIA

**To**

Patient Experience and Advocacy Washington_
ADM

**Message ID**

6408689102

**Subject**

General: Discrepancy Lenia Walker Community
Care

**Message**

> God Bless you too. And all your family as well.
> Regards.
>
> Kerby Alexandria B.Stracco
> ¿I cannot hide my anger to spare you guilt.¿
> ~Audre Lorde~

 **This message may not be from the person you initially contacted.**

It may have been reassigned in order to efficiently address your question.

## Message Thread

There are 5 messages in this thread.

General : Discrepancy Lenia          16 Dec 2024 @
Walker Community Care --              1530 ET
**STRACCO, KERBY ALEXANDRIA**
To: **Patient Experience and Advocacy**
**Washington_ ADM**
God Bless you too. And all your family as well.
Regards.

Kerby Alexandria B.Stracco
¿I cannot hide my anger to spare you guilt.¿ ~Audre
Lorde~

---

General : Discrepancy Lenia          16 Dec 2024 @
Walker Community Care --              1526 ET
**MCCASKILL, STEPHANIE**
To: **STRACCO, KERBY ALEXANDRIA**
Good Afternoon Ma'am,

I have sent your concerns to Community Care
Leadership and Privacy to review and take action.
They have up to 7 business days to respond to your
concerns. If you have not heard from either one by
COB 26 December 24. Please let me know and I will
follow up. Thank you for your patience.
Have a Blessed and Safe Day!!!

Vr,
Stephanie McCaskill

---

General : Discrepancy Lenia          16 Dec 2024 @
Walker Community Care --              1258 ET
**STRACCO, KERBY ALEXANDRIA**
To: **Patient Experience and Advocacy**
**Washington_ ADM**
Yes

---

General : Discrepancy Lenia          16 Dec 2024 @
Walker Community Care --              1240 ET
**MCCASKILL, STEPHANIE**
To: **STRACCO, KERBY ALEXANDRIA**
Good Afternoon Ma'am,

Just so I am clear and I send your request to the
correct service line. You want to file a complaint on
Ms. Walker and you want your record pertaining to
the Community Care visit to be amended...correct.
Please advise. Thank you for your patience.
Have a Blessed and Safe Day!!!

Vr,
Stephanie McCaskill

-------------------------------------------------

General : Discrepancy Lenia          15 Dec 2024 @
Walker Community Care --             1817 ET
**STRACCO, KERBY ALEXANDRIA**
To: **Patient Experience and Advocacy**
**Washington_ADM**
On Dec 5, 2024 it was stated in my medical record
that I had an ophthalmologist appointment.

I received a reminder email from Veterans Affairs
and had another staff member verify where the
appointment was.

On the day of the appointment I called to make
sure it was at the location across from my house as
their practice had multiple locations. They told me
there was no appointment in the system for me on
this day. I pay $65.00 or more an hour for Childcare
and for someone to take care of husband. I was
extremely upset. I called the very unserious
community care hotline and they were could care
less. I had to call the executive office in an effort to
escalate the complaint.

Lenia "Vickie" Walker, Advanced Administrative
Assistant called me later on to tell me that the clinic
had canceled the appointment. I told her that it's a
lie. A clinic isn't authorized to cancel a community
care appointment. It would have to come from
community care OR the patient. She said she didn't
see who canceled the appointment on Dec 5, 2024.
I would like you all help me find out who canceled
that appointment.

Anyway...I explained to Ms. Walker that I was in a
lot of pain and that I needed a faster appointment.
She called around and then called me back with a
provider on the line. I was very frustrated and Ms.
Walker asked me to kind of calm down as people
were trying to help. I told her that if being calm is a
precursor to getting help than it's not going to
happen.

I am in alot of pain, paid out of pocket for childcare
and veteran's affairs is putting me through hell. The
nerve of them to focus more on my pain and
demeanor. Notwithstanding the fact that one of
their employees Theresa Fields gossiped about me,
and stated that Patient Advocacy and others know
me to change my story often and lie. It's just a
mess. They expect me to be calm. That's a nice
fantasy.

At any rate the faster appointment was made. The next day I received a phone call asking me if I had canceled my other appointment what was scheduled on Dec 12. I said I did not. Ms. Lenia put in my medical records that I wanted the appointment canceled on Dec 12.

Ms. Lenia called me and we argued. I told her she was lying on me. She stated that I did tell her cancel the appointment. And we went back and forth. She stated that she would get Ms. Suggs to call me and I said something like...please don't I want to talk to her either.

I also told her she inaccurately portrayed the situation and she stated that she couldn't have two similar appointments in the systems. I don't work for community care...so I wouldn't have known that appointments for two separate offices for the same issue couldn't be in system. At any rate it was unprofessional as she didn't accurately portray the situation.

Ms. Walker could've stated the following: "The appointment on Dec 5 was canceled due to an unknown staff member. The cancellation wasn't updated in the patients medical records, therefore she wasn't aware and was expecting to be seen for her eye pain.

Due to this unfortunate issue Ms. Stracco requested that we try to find her an earlier appointment to accommodate her needs since she was in a considerable amount of ailing. Due to finding a quicker appointment at a different practice I let Ms. Stracco know (or Ms. Stracco agreed) to cancel the appointment on Dec 12 since duplicate appointments aren't allowed via community care policies."

As I stated...I do not recall telling her to cancel the appointment...and even if it happened she still lied in my records by omission. She should've told the entire story.

I am not sure who to trust here and I would hope that Patient Advocacy is advocating and not gossiping about patients. Furthermore I do not speak to ANYONE from patient advocacy other than Mr. Todd Johnson, whom I have a deep regard for.

I have only spoken to maybe two of you very infrequently. So I am disappointed that another staff member from community care would say such a thing. At any rate. I do not like the lies in my medical record nor the omissions that continue to happen VIA staff at DCVAMC particularly Community Care. I do not want Lenia Walker contacting me ever again nor do I want her having

access to my records.

While I appreciated her helping me I do not appreciate having to get into a screaming match with a staff member who couldn't find a shred of compassion to update the records accurately. I do not recall giving her permission to cancel the appointment on Dec 12 and I wanted to make sure the earlier appointment was done correctly.

However...I will keep reiterating; even if I did ask her to cancel the appointment on Dec 12, I didn't or wouldn't have asked her cancel it for no reason. Our medical records are federal documents. And veterans affairs has a habit of using things like this to justify their wrongs. Please help with this update. If they do not want to do it please know I am not surprised. I just wanted to do my due diligence as I do not trust ANY of these people. Thanks

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

_Iherby Stracco_
Plaintiff(s)

vs

_Dr. Elizabeth Trimble_
Defendant(s)
_et Al_

Case Number: _2025-CAB-000310_

Date: _18 Jan 2025_

☑ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| **Name:** _(Please Print)_ | **Relationship to Lawsuit** |
| **Firm Name:** | ☐ Attorney for Plaintiff |
| **Telephone No.:**    **DC Bar No.:** | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

**TYPE OF CASE:** ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
**Demand:** $ _1 million_    Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**
Case No.: _2025-CAB-000178_ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:**    _(Check One Box Only)_

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☑ Medical – Other _X.S_
☐ Wrongful Death

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

---

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [x] Libel/Slander/Defamation  K.S
- [x] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**

- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

18 Jan 2025
_____
Date

CV-496/February 2023



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JAN 18 2025
Superior Court of the
District of Columbia

*Iherby Stracco* Plaintiff

vs.

*Dr. Elizabeth Trimbal et Al* Defendant

Case No. 2025-CAB-000310

**MOTION - (Pro-Se)**

MOTION OF: *Seal* for *Personal Medical Information*

(State briefly what you want the Court to do)

*Please Do Not Publish onlinE.*
*Personal.*

Printed name: *Iherby Stracco*
Signature: *[signature]*

Address: *1460 N Highview ln*
*AlexAndriA, VA 22311*

Home phone no.
Business phone no. *650 208 1526*

**CERTIFICATE OF SERVICE**

On _____ 20___ I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |

Signature

**POINTS AND AUTHORITIES**

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.) *Please consider because The person who raped me in the military has connections and I am AFraid of Perceived Retailiation.*

Signature

Form CV(6) - 393 Jul 2019



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Plaintiff*

Case No. _____

*Defendant*

**ORDER**

Upon consideration of the motion _____
filed by _____
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____
day of _____, 20 _____

**ORDERED:**

   1.  That the motion be, and it is hereby,     ☐ **Granted**     ☐ **Denied**

   2. That _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Copies to:

_____
Judge

Form CV(7) – 545 / Jul 2019



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| ☐ | **Civil Actions Branch** | ☐ | **Landlord & Tenant Branch** | ☐ | **Small Claims & Conciliation Branch** |
|---|---|---|---|---|---|
| | 500 Indiana Ave., N.W. | | 510 4ᵗʰ Street, N.W. | | 510 4ᵗʰ Street, N.W. |
| | Room 5000 | | Room 110 | | Room 119 |
| | Washington, D.C. 20001 | | Washington, D.C. 20001 | | Washington, D.C. 20001 |
| | Telephone: (202) 879-1133 | | Telephone: (202) 879-4879 | | Telephone: (202) 879-1120 |

_____
                              Plaintiff

            v.

_____
                              Defendant

CASE NUMBER: 2025-CAB-000310

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____        _____
Signature                                 Date

_____        _____
Printed Name and Bar Number (if applicable)   Street Address

_____        _____
Email Address and Phone Number            City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____        _____
Name                                      Name

_____        _____
Street Address                            Street Address

_____        _____
City, State, Zip                          City, State, Zip

_____        _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-000310

**Case Style:** Kerby Alexandria Bianca Stracco v. Dr Elizabeth Trimble

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 04/18/2025 | 9:30 AM | Remote Courtroom 200 |
| **Please see attached instructions for remote participation.** | | |

| Your case is assigned to Associate Judge Carl E Ross. |
|---|

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb200

   Meeting ID: 179 813 6225

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩን የጽሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you. 

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**




| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location *** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.** If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

 **UNITED STATES POSTAL SERVICE**®

**PRIORIT MAIL EXPRES**

*Retail*





20530

RDC 07

X-RAYED
JAN 2 2025
DOJ MAIL ROOM

**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL EXPRESS**®

EI 384 168 567

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Therby Stracco
1460 N Highview Ln
Alexandria Va 22311

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

Civil Process Clerk c/o
Dr. Elizabeth Trimble
- Attorney's Office For D.C
D Street, NW
...gton DC 20530

**PAYMENT BY ACCOUNT (If applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or F



**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
| 2001? | 1-21-25 | $ 3 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
| 1-18-25 | ☐ 6:00 PM | $ |
| Time Accepted | ☐ AM ☐ PM | Return Receipt |
| 113 | | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & |
| $ | $ | 31. |
| Weight | ☐ Flat Rate | Acceptance Employee Initials |
| lbs.    ozs. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

USPS.com or call 800-222-1811.

Civil Division
JAN 23 2025
US Attorney's Office DC

...HIS CORNER

...ILING ENVELOPE

DOJ-FASS



Tracking No: EI384168567US

USAO-PHB
- PHB - -

**Building:**
**Room:**
**Dept:**
**Received On:** 01/22/2025 08:01:55am
**Route:**

