UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KERBY ALEXANDRIA B. STRACCO,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. 25-550 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of March 5, 2025, *pro se* Plaintiff, Kerby Alexandria B. Stracco, and Defendant, the United States of America, by and through undersigned counsel, files this Joint Status Report. In the Court's Minute Order, the parties were ordered to "file a joint status report addressing whether this case should be consolidated with *Stracco v. Collins*, 25-cv-466" no later tan March 14, 2025. *See* Min. Or. Mar. 5, 2025.

Here, Plaintiff states that she wishes to consolidate her cases and then file an amended complaint. Defendant does not object to Plaintiff's request.

Dated: March 13, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____ */s/ Fithawi Berhane* _____
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530

(202) 252-6653

*Attorneys for the United States of America*